IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ATLANTIC RECORDING CORPORATION,  *
a Delaware corporation; INTERSCOPE  *
RECORDS, a California general partnership;  *
ARISTA RECORDS LLC, a Delaware limited  *
liability company; and BMG MUSIC, a New  *
York general partnership,  *
  *
       Plaintiffs,  *
  *
vs.  *     No. 4:07cv00207 SWW
  *
  *
  *
NELDA STRICKLAND,  *
  *
       Defendant.  *

ORDER

The motion [doc.#15] for admission *pro hac vice* of attorney Lauri J. Rust as counsel for

plaintiffs has been considered by the Court and is hereby granted.

IT IS SO ORDERED this 4th day of December 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE